WOODALL, Justice.
AFFIRMED. NO OPINION.
See Ala. R.App. P. 53(a)(1) and (a)(2)(E). See also Ala. R.App. P. 28(a)(10); Bruce v. Cole, 854 So.2d 47, 59 (Ala.2003); Birmingham Hockey Club v. National Council on Comp. Ins., 827 So.2d 73, 85 (Ala.2002); Smith v. Equifax Servs., Inc., 537 So.2d 463, 465 (Ala.1988); Hickman v. Winston County Hosp. Bd., 508 So.2d 237 (Ala.1987).
*428 HOUSTON, SEE, LYONS, BROWN, and STUART, JJ., concur.
JOHNSTONE and HARWOOD, JJ., concur in part and dissent in part.